# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TIMOTHY D. STUCK,<br><br>　　　　　　　Defendant. | PO-20-5025-BLG-TJC<br><br>Violation No. FBLG0000<br>Location Code: M6H<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Central Violations Bureau shall refund $230.00 to the defendant, Timothy D. Stuck. The case was dismissed by the United States Attorney's Office on July 14, 2020.

DATED this 17th day of July 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge